# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**


February 22, 2010


*By the Court:*

No. 08-3770

|  |  |
|---|---|
| | Appeal from the |
| UNITED STATES OF AMERICA, | United States District Court for the |
| *Plaintiff-Appellee*, | Western District of Wisconsin. |
| | |
| *v.* | No. 08-CR-12 |
| | |
| STEVEN M. SKOIEN, | Barbara B. Crabb, |
| *Defendant-Appellant*. | *Chief Judge*. |


**ORDER**

The petition for rehearing en banc is granted, and the panel's opinion and judgment are vacated.

The court has concluded that rebriefing is warranted.  The briefing schedule is as follows:

> Opening brief for Appellant Steven Skoien:  March 26, 2010
> Brief for Appellee United States:  April 26, 2010
> Reply brief for Appellant Skoien:  May 10, 2010

The briefs must be received by the Clerk on these dates; Federal Rule of Appellate Procedure 26(c) does not apply.

Oral argument will be held after briefing is completed; the date of argument will be set by separate order.